**Order entered March 8, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00061-CV

**YAKELYN RUBIO GALINDO, TRAVIS YOUNG, SAUL PEREA, RICHARD ACEBO, EMILY FORD, DAVID HASHEMI SEDDIGHZADEH, ANGELA BENTON, ALYSSA MOEBUS, ET AL., Appellants**

**V.**

**NORMAN GARNER, INDIVIDUALLY, AND AS REPRESENTATIVES OF THE ESTATE OF AMY GARNER, DEC'D AND AS NEXT FRIEND OF SOPHIA GARNER, FELICIA GARNER, ET AL., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03385**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Before the Court is appellees' motion for a thirty-day extension of time to file appellees' brief. We **GRANT** the motion in part. Appellees' brief shall be filed **by March 25, 2019**. This appeal is an accelerated appeal requiring the Court to render judgment no later than the 120th day after the appeal is perfected. TEX. CIV. PRAC. & REM. CODE ANN. § 15.003(c)(2). Here, the Court must render judgment by May 14, 2019. Accordingly, we caution appellees that no further extensions of time to file their brief will be granted absent extraordinary circumstances.

/s/    BILL WHITEHILL
       PRESIDING JUSTICE